# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

DANIEL BRUTON,

        Plaintiff(s),

v.

PRESTIGE TRAVEL, INC.,

        Defendant(s).

2:11-CV-2047 JCM (CWH)

## ORDER

Presently before the court is defendant Prestige Travel Inc.'s motion for summary judgment. (Doc. # 17). Plaintiff Daniel Bruton has responded (doc. # 19), and defendant replied (doc. # 22).

This motion is ripe for consideration; however, defendant has filed a notice of bankruptcy. (Doc. # 23). Thus, this action is subject to an automatic stay.

"When a debtor files a bankruptcy petition, an automatic stay immediately arises." *Hillis Motors, Inc., v. Hawaii Auto Dealers Ass'n*, 997 F.2d 581, 585 (9th Cir. 1993) (citing 11 U.S.C. section 362(a)). "The scope of the stay is quite broad. It is designed to effect an immediate freeze of the *status quo* . . . ." *Id.* (alteration in original).

"Congress intended to give debtors a breathing spell from their creditors and to stop all collection efforts, all harassment, and all foreclosure actions." *Delpit v. C.I.R.*, 18 F.3d 768, 771 (9t Cir. 1994) (citing legislative history). "The automatic stay allows debtors, during the period of the stay, to be relieved of the financial pressures that drove them into bankruptcy." *Id.* (internal citations and quotations omitted). "Accordingly, section 362 is extremely broad in scope and should apply to

**James C. Mahan**
**U.S. District Judge**

almost any type of formal or informal action against the debtor or the property of the estate." *Id.*

To determine whether defendant is entitled to summary judgment would require this court to go to the merits of plaintiff's claims against it, which is forbidden by the broad stay of a bankruptcy petition. *See generally, Zvafler v. Casey*, no. 10-cv-1147, 2010 WL 5247895, at *1 (S.D. Cal. Dec. 16, 2010) (denying without prejudice two motions for remand because of an automatic stay when the defendant filed for bankruptcy).

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that defendant Prestige Travel Inc.'s motion for summary judgment (doc. # 17) be, and same hereby, is DENIED without prejudice. Defendant may re-file its motion for summary judgment once the bankruptcy stay has been lifted.

DATED January 15, 2013.

_____
**UNITED STATES DISTRICT JUDGE**

**James C. Mahan**
**U.S. District Judge**

- 2 -